UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | Case No. 8:03-CR-223-T-17MAP |
| ) | |
| DAVID TEETERS. ) | |
| ) | |

## REVOCATION OF SUPERVISED RELEASE
## AND JUDGMENT AND COMMITMENT

On this 13th day of October, 2006, came the Assistant United States Attorney and the defendant DAVID TEETERS, appeared in person and with counsel AFPD Allision Guagliardo.

It appearing to the Court that the above named defendant, having heretofore been convicted on March 27, 1998, of the offense or offenses charged in the indictment or information filed herein, received a sentence imposing incarceration and a period of supervised release.

It further appearing to the Court that the above named defendant has since violated the terms of his supervised release and the Probation Officer of this Court has petitioned the Court to revoke the supervised release provided for in the Revocation Order previously entered herein.

And it further appearing that the Court finds, after hearing from the Probation Officer and the above named defendant, that the defendant has violated the terms of the Revocation Order entered herein on June 14, 2004.

It is, therefore, ORDERED AND ADJUDGED that the Order imposing supervised release entered herein as to the above named defendant is hereby **REVOKED**.

Case No. 8:03-CR-223-T-17MAP					USA vs. DAVID TEETERS

It is further ORDERED AND ADJUDGED that the above named defendant is hereby committed to the custody of the Attorney General or his authorized representative for IMPRISONMENT for a period of <u>SIX (6) MONTHS</u> with credit for time served or until the defendant is otherwise discharged as provided as law.   **IMPOSITION OF SENTENCE SUSPENDED** until January 9, 2007; on this date the Defendant shall voluntarily surrender to the United States Marshal Service before 12:00 noon to commence service of his sentence. The Defendant shall **IMMEDIATELY** report to the United States Marshal Service for further reporting instructions. The Defendant shall remain under the **SUPERVISION** of the United States Probation Office until January 9, 2007, under the same terms and conditions previously imposed.

It is further ORDERED that the Clerk deliver a certified copy of this Judgment and Commitment to the United States Marshal or other qualified officer and the copy serve as the commitment of the defendant.

DONE AND ORDERED at Tampa, Florida this __16th__ day of October, 2006.

ELIZABETH A. KOVACHEVICH
UNITED STATES DISTRICT JUDGE

Copies to:
All Counsel and Parties
U. S. Marshal Service
U. S. Probation Office